DAVID M. TOEPHER
United States Attorney
RENÉE A. BACCHUS (OHBN 0063676)
KIMBERLY L. LUBRANI (OHBN 088031)
Assistant United States Attorneys
Acting Under Authority Conferred by 28 U.S.C. § 515

United States Attorney's Office
801 W. Superior Avenue, Suite 400
Cleveland, OH  44114
Telephone: (216) 622-3707 - Bacchus
Teelphone: (216) 622-3703 - Lubrani
Fax: (216) 522-4982
Renee.bacchus@usdoj.gov
Kimberly.Lubrani@usdoj.gov

Attorneys for THE UNITED STATES, WILLIAM D. LOTHROP, AND THEHESA JUSTINO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RHONDA FLEMING, | No. 3:22-cv-05082-RFL |
| Plaintiff, | **ADMINISTRATIVE MOTION TO STAY ALL PROCEEDINGS** |
| v. | |
| UNITED STATES OF AMERICA, et al., | The Honorable Rita F. Lin |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7-11, Defendants move the Court to stay all proceedings and briefing schedule, including Defendants' Reply to Plaintiff's Briefs in Opposition to Defendants' Motions to Dismiss currently due on October 10, 2025, for the foregoing reason.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies.  The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited

DEFENDANTS' ADMINISTRATIVE MOTION
No. 3:22-CV-05082-RFL                    1

1. from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings including the briefing schedule, until Congress has restored appropriations to the Department. *See also* Declaration of Kimberly L. Lubrani, attached hereto as Exhibit A.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATE:   October 1, 2025              Respectfully submitted,

DAVID M. TOEPHER
Acting United States Attorney
Northern District of Ohio

/s/ Kimberly L. Lubrani
Kimberly L. Lubraini
Assistant United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515

**DATED: October 3, 2025**



GRANTED
Judge Rita F. Lin