UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA FLEMING,<br><br>     Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No.  22-cv-05082-RFL<br><br>**ORDER GRANTING INTERIM RELIEF**<br><br>Re: Dkt. No. 205 |

Before the Court is Plaintiff's Emergency Motion for Preservation Order and Request for Shortened Briefing Schedule.  (Dkt. No. 205.)  Having considered the motion, the Court **ORDERS** that the Bureau of Prisons shall, within twenty-four (24) hours of the entry of this Order, export and preserve in native format, on a durable storage medium not subject to automatic overwrite or deletion, the complete video and audio recording of Plaintiff Rhonda Fleming's June 17, 2026 transport from FCI Greenville to MCC Chicago, including her departure from FCI Greenville and her intake at MCC Chicago and all associated metadata (date, time, camera identifier, and file properties).  Concurrently with this order, the Court will file an Order of Reference to Magistrate Judge for Discovery, and the assigned magistrate judge shall set the briefing schedule for the motion.

    **IT IS SO ORDERED.**

Dated: July 1, 2026

RITA F. LIN
United States District Judge

1