UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RHONDA FLEMING,
Plaintiff,
v.
UNITED STATES OF AMERICA, et al.,
Defendants.

Case No. 22-cv-05082-RFL

**ORDER GRANTING THAHESHA JUSINO'S MOTION TO STAY**

Re: Dkt. No. 214

Thahesha Jusino moves to stay Rhonda Fleming's *Bivens* claim pending the Supreme Court's decision in *Nielsen v. Watanabe*, No. 25-417, *cert. granted*, 2026 WL 1780123 (U.S. June 22, 2026). While Fleming does not believe a stay is necessary, she concedes that the Supreme Court's decision will impact the analysis of that claim. Thus, she does not oppose a stay so long as Jusino's pending motion to dismiss is held in abeyance and the stay does not limit her ability to seek discovery regarding her non-*Bivens* claims. It does not make sense to adjudicate Jusino's motion to dismiss at this time, since the Supreme Court's decision may change the relevant analysis. Accordingly, the motion to stay the *Bivens* claim is **GRANTED**, and Jusino's motion to dismiss is held in abeyance. The parties shall file a joint status report within 30 days of the Supreme Court's decision in *Watanabe*.

**IT IS SO ORDERED.**

Dated: August 17, 2026

RITA F. LIN
United States District Judge